165 A.3d 496

### ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner

v.

### W. Stephen PALEOS, Respondent

**Misc. Docket AG No. 17, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

## ORDER

The Court, having considered the Petition for Disciplinary or Remedial Action filed herein by Petitioner, Attorney Grievance Commission of Maryland and the response thereto by Respondent, it is this 28th day of July, 2017.

ORDERED, by the Court of Appeals of Maryland that Respondent be, and hereby is, placed on Inactive status pending further Order of this Court.